*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

| | |
|---|---|
| PATRICIA GERONES LEON | Case No. |
| Plaintiff | |
| | |
| VS. | Judge |
| WARDEN OF RICHWOOD | Magistrate Judge |
| CORRECTIONAL CENTER, et. al. | |
| Defendant | |

**ORDER**

IT IS ORDERED that Nneka Oni Jackason  be and is hereby admitted to the bar of this Court

pro hac vice on behalf of Patricia Gerones Leon   in the above described action.

SO ORDERED on this, the  11th  day of March, 20 26    .

_____
U.S. Magistrate Judge